# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LOPEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, a Delaware limited liability company; MCLANE COMPANY, INC., a Texas corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-00416-JGB-KK<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT, WITH PREJUDICE**<br><br>Complaint Filed: Dec. 7, 2020<br>Trial Date: None Set |

## ORDER

For good cause shown and based upon the Joint Stipulation of Dismissal Of Plaintiff's Complaint, With Prejudice, entered by the Parties to this action, IT IS HEREBY ORDERED Plaintiff Jonathan Lopez's entire Complaint against Defendant Capstone Logistics, LLC, including all causes of action as alleged therein, is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A); and all parties shall bear their own attorney's fees and costs.

DATED: November 19, 2021

_____
Hon. Jesus G. Bernal
United States District Judge